**B18W** (10/05)

# United States Bankruptcy Court
NORTHERN DISTRICT OF ALABAMA
Western Division
1118 Greensboro Avenue, Room 209
Tuscaloosa, AL 35401

Case No. **03–70405–CMS13**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ricky T Whitt
   AKA Ricky Tyrone Whitt
   2711 18th Avenue
   Northport, AL 35476

Social Security No.:
   xxx–xx–1335

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

                                                  BY THE COURT

Dated: 3/6/07                                                    C. Michael Stilson
                                                                United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**ATTENTION DEBTOR:    IMPORTANT DOCUMENT!    PLEASE KEEP FOR YOUR RECORDS!**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Debts that are domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plain (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1126-7            User: mbagwell              Page 1 of 1              Date Rcvd: Mar 06, 2007
Case: 03-70405                  Form ID: b18w               Total Served: 18

The following entities were served by first class mail on Mar 08, 2007.
db           +Ricky T Whitt,    2711 18th Avenue,    Northport, AL 35476-3269
aty           BECKET & LEE,    BECKET & LEE,    PO BOX 10228,    NEWARK, NJ 07193-0228
477289        ARROW FINANCIAL SVCS LLC,    C/O BECKET & LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
477274        BANKFIRST,    BASS & ASSOCIATES,    3936 E FORT LOWELL RD STE 200,    TUCSON, AZ 85712-1083
477285       +BRYANT DRIVE ANIMAL HOSPITAL,    TRANSWORLD SYSTEMS INC,    400 VESTAVIA PARKWAY   STE 271,
               BIRMINGHAM, AL 35216-7700
477275       +CAPITAL ONE,    STEWART & ASSOCIATES, P.C.,    PO BOX 723848,    ATLANTA, GA 31139-0848
477276       +CAPITAL ONE SERVICES,    ARROW FINANCIAL SERVICES LLC,    5996 WEST TOUHY AVENUE,
               NILES, IL 60714-4610
477277       +COMPUTER FINANCE, LLC,    PO BOX 48650,    ATLANTA, GA 30362-1650
477286       +JAYMARK JEWELERS,    PO BOX 740933,    DALLAS, TX 75374-0933
477278       +LOAN EXPRESS,    604 SKYLAND BLVD EAST,    TUSCALOOSA, AL 35405-4037
477280        MILITARY STAR,    PO BOX 830031,    BALTIMORE MD 21283-0031
477281       +NORTH EAST CREDIT & COLLECTION,    120 N KEYSER AVENUE,    SCRANTON, PA 18504-9701
3632621      +Portfolio Acquisitions, LLC,    C/O OSI Collection Services,    PO Box 105460,
               Atlanta Ga 30348-5460
477284       +T-MOBILE, FORMELY VOICESTREAM,    LAW OFFICES OF MITCHELL N KAY,    PO BOX 9006,
               SMITHTOWN, NY 11787-9006

The following entities were served by electronic transmission on Mar 06, 2007.
477288       +EDI: CBSAAFES.COM Mar 06 2007 20:44:00      AAFES,    PO BOX 740933,    DALLAS, TX 75374-0933
477290        EDI: CAPITALONE.COM Mar 06 2007 20:45:00      CAPITAL ONE BANK,    PO BOX 85167,
               RICHMOND, VA 23285-5167
477283       +EDI: NEXTEL.COM Mar 06 2007 20:44:00      SPRINT PCS,    PO BOX 660750,    DALLAS, TX 75266-0750
477287        EDI: ECAST.COM Mar 06 2007 20:45:00      eCAST SETTLEMENT,    PO BOX 35480,    NEWARK NJ 07193-5480
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
477291        FITNESS SOUTH-TUSCALOOSA
477279        LSE/ENTERPRISE,    , AZ
477282        SECURITY BANK
                                                                                              TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 08, 2007          Signature:  *Joseph Speetjens*